UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| Drawsand, | ) ) ) | |
| Plaintiff(s), (Petitioner) | ) ) | Case No. CV 10-03937 SBA |
| V. | ) ) ) | ORDER RE APPLICATION |
| FF. Properties, L.L.P., et al., | ) | TO PROCEED |
| Defendant(s), (Respondent) | ) ) | IN FORMA PAUPERIS |
| | ) ) | |
| _____ | ) ) | |

( X )   Upon review of plaintiff's amended in forma pauperis application, IT IS ORDERED that the application to proceed in forma pauperis is GRANTED and that the Clerk issue summons.

IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendant.

( )   IT IS ORDERED that the application to proceed in forma pauperis is DENIED, and that the filing fee of $350.00 be paid no later than _____.  Failure to pay the filing fee by that date will result in dismissal of the above-entitled action without prejudice.  The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders,  attachments, pursuant to Rule 4, Federal Rules of Civil Procedure.  Plaintiff has a continuing obligation to keep the Court informed of his or her current address.  Failure to do so may result in dismissal of this action.

( )   IT IS ORDERED that the application to proceed in forma pauperis is DENIED and that plaintiff is further ordered to make partial payment of the filing fee in the amount of $_____ by _____.  Failure to pay this amount will result in dismissal of the above-entitled action without prejudice.  The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure.  Plaintiff has a continuing obligation to keep the Court informed of his or her current address.  Failure to do so may result in dismissal of this action.

Dated:  _10/26/10

_____
UNITED STATES DISTRICT JUDGE

(Not to be used in HABEAS CORPUS cases)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA


DRAWSAND et al,

                Case Number: CV10-03937 SBA

       Plaintiff,

                **CERTIFICATE OF SERVICE**

  v.


F.F. PROPERTIES, L.L.P. et al,

       Defendant.

                        /


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 26, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.




Pamela Drawsand
P.O. Box 717
Oakland, CA 94604

Dated: October 26, 2010

                        Richard W. Wieking, Clerk
                        By: LISA R CLARK, Deputy Clerk


NDC CSA-7