UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PAMELA DRAWSAND,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>F.F. PROPERTIES, L.L.P., et al.,<br><br>　　　　Defendants. | Case No: C 10-3937 SBA<br><br>**ORDER CONTINUING HEARING** |

　　　IT IS HEREBY ORDERED THAT the February 15, 2011 motion hearing on Defendants' motions to dismiss (Dkts. 12, 13, 17, 47 ) and the March 3, 2011 case management conference are both CONTINUED to <u>May 17, 2011 at 1:00 p.m</u>.  The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court.

　　　IT IS SO ORDERED.

Dated: February 11, 2011

　　　　　　　　　　　　　　　　　　　　　*Saundra B Armstrong*
　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DRAWSAND et al,

        Plaintiff,

  v.

F.F. PROPERTIES, L.L.P. et al,

        Defendant.

                              Case Number: CV10-03937 SBA

                              **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 11, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Pamela Drawsand
P.O. Box 717
Oakland, CA 94604

Dated: February 11, 2011

                                      Richard W. Wieking, Clerk

                                                By: LISA R CLARK, Deputy Clerk