UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PAMELA DRAWSAND,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>F.F. PROPERTIES, L.L.P., et al.,<br><br>　　　　Defendants. | Case No: C 10-3937 SBA<br><br>**ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION TO SHORTEN TIME AND MOTION FOR APPOINTMENT OF COUNSEL** |

　　　　On September 1, 2010, Plaintiff filed a pro se complaint claiming that Defendants violated her rights under the United States Constitution, the Fair Housing Act, the Civil Rights Act, and the Americans with Disabilities Act. Plaintiff is presently before this Court on her Ex Parte Application for Order Shortening Time for Filing, Service, and Hearing on Motion for Order of Appointment of Counsel, as well as her Motion for Appointment of Counsel under 28 U.S.C. § 1915(e)(1). Through these papers, Plaintiff requests that the Court appoint her counsel under the in forma pauperis statute, which provides that "[t]he court may request an attorney to represent any person unable to afford counsel." 29 U.S.C. § 1915(e)(1).

　　　　When Plaintiff filed her complaint on September 1, 2010, she also filed an application to proceed in forma pauperis under 28 U.S.C. § 1915. On October 4, 2010, this Court issued an Order Denying Plaintiff's Application to Proceed In Forma Pauperis. To obtain the privilege of proceeding in forma pauperis, the litigant must demonstrate, to the Court's satisfaction, his or her inability to pay the requisite fees and costs. See Williams v. Marshall, 795 F. Supp. 978, 979 (N.D. Cal. 1992). The Court reviewed Plaintiff's financial information. Plaintiff stated that she received a monthly income of $2,280 ($1,228 from "VA Disability" and $1,052 from "State Disability"). Plaintiff claimed monthly expenses of $1,784. Based on

1  the papers submitted, the Court, in its discretion, found that Plaintiff should not be conferred in
2  forma pauperis status, and, on that basis, denied the application.
3      Given the financial information submitted by Plaintiff, the Court finds again that
4  Plaintiff has not demonstrated an inability to afford counsel.  Moreover, even if Plaintiff had
5  demonstrated an inability to afford counsel, the Court need not appoint counsel.  There is no
6  constitutional right to appointed counsel in any civil case, including civil rights cases.  <u>Storseth</u>
7  <u>v. Spellman</u>, 654 F.2d 1349, 1353 (9th Cir. 1981); <u>Hedges v. Resolution Trust Corp.</u>, 32 F.3d
8  1360, 1363 (9th Cir. 1994) ("there is no absolute right to counsel in civil proceedings").
9  Moreover, federal courts cannot make coercive appointments, they may only "request" that
10 attorneys represent civil litigants.  <u>Mallard v. United States District Court</u>, 490 U.S. 296, 310
11 (1989); <u>Agyeman v. Corrections Corp. of America</u>, 390 F.3d 1101, 1103 (9th Cir. 2004).  Such
12 appointments come under exceptional circumstances where the pro se plaintiff demonstrates a
13 likelihood of success on the merits of the claims and an inability to articulate her claims in light
14 of the complexity of the legal issues involved.  <u>Agyeman</u>, 390 F.3d at 1103; <u>Wilborn v.</u>
15 <u>Escalderon</u>, 789 F.2d 1328, 1331 (9th Cir. 1986).  Here, Plaintiff has not demonstrated a
16 likelihood of success on the merits.  Moreover, her filings before the Court indicate an ability
17 to articulate her claim in light of the relative complexity of the matter.  Hence, Plaintiff has
18 failed to demonstrate exceptional circumstances upon which this Court would request an
19 attorney to represent her.  Accordingly,
20      IT IS HEREBY ORDERED THAT Plaintiff's ex parte application to shorten time and
21 her application for appointment of counsel is DENIED.  This Order terminates Docket 74 and
22 76.
23      IT IS SO ORDERED.
24 Dated:  May 6, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DRAWSAND et al,

        Plaintiff,

  v.

F.F. PROPERTIES, L.L.P. et al,

        Defendant.
                                           /

Case Number: CV10-03937 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 6, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Pamela Drawsand
P.O. Box 717
Oakland, CA 94604

Dated: May 6, 2011

                                Richard W. Wieking, Clerk

                                        By: LISA R CLARK, Deputy Clerk